HELEN LYONS and GEORGE LYONS, Respondents, v. TRATVAL CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and dis-

bursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer and Dore, JJ.